In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-09-00296-CV


____________________



ANTHONY LEON SUMMERS, Appellant



V.



UTMB EMPLOYEES, ET AL., Appellees 


 




On Appeal from the 172nd District Court


Jefferson County, Texas


Trial Cause No. A-179,002






MEMORANDUM OPINION



 Anthony Leon Summers filed a notice of appeal but failed to file a brief. On
November 3, 2009, we notified Summers that the brief had not been filed and warned that
failure to file a brief could result in a dismissal of the appeal for want of prosecution. 
Summers requested and was granted a final extension but failed to file a brief. On January
21, 2010, we notified Summers that the appeal would be submitted to the Court without oral
argument. See Tex. R. App. P. 39.8. In the absence of a brief assigning error for appellate
review, we dismiss the appeal for want of prosecution. Tex. R. App. P. 38.8(a)(1); Tex. R.
App. P. 42.3(b).

 APPEAL DISMISSED.


 ______________________________

 STEVE McKEITHEN

 Chief Justice





Submitted on February 11, 2010

Opinion Delivered February 18, 2010


Before McKeithen, C.J., Gaultney and Horton, JJ.